# EXHIBIT 2

06/14/2022



**RightPath** SERVICING

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818050
5801 Postal Road
Cleveland, OH 44181

OUR INFO
ONLINE
www.rightpathservicing.com

YOUR INFO
LOAN NUMBER 

PROPERTY ADDRESS
3915 SPOKANE AVENUE
CLEVELAND, OH 44109

JAMES W GROVES
3915 SPOKANE AVE
CLEVELAND, OH 44109

## NOTICE OF SERVICING TRANSFER

Dear JAMES W GROVES,

The servicing of your mortgage loan has been transferred to RightPath Servicing, effective 6/1/2022. This transfer does not affect any term or condition of the mortgage, other than terms directly related to the servicing of your loan, such as where to send your payments or make inquiries.

Beginning 05/31/22, Community Loan Servicing, LLC will no longer accept payments from you.

Send all payments due on or after 6/1/2022 to us at this address:

**PO BOX 60516
CITY OF INDUSTRY, CA, 91716-0516**

If you have any questions for either your present servicer, Community Loan Servicing, LLC or your new servicer, RightPath, about your mortgage loan or this transfer, please contact them using the information below:

**Current Servicer:**
Community Loan Servicing, LLC
Customer Service
4425 Ponce de Leon Blvd., Ste. 300
Coral Gables, FL 33146
855-813-6597

**New Servicer:**
RightPath Servicing
Account Resolutions
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067
833-685-2590

Your mortgage life insurance, disability insurance and/or other optional insurance products and services will not transfer to RightPath. If you wish to retain these policies, you should contact your current optional insurance carrier or service provider.

For 60 days after your transfer to RightPath, there will be no late fees or negative credit reporting for any payments sent to your previous servicer by its due date, as required by federal law.

Sincerely,

RightPath Servicing
NMLS #2119

RightPath Servicing℠ and Mr. Cooper® are brand names for Nationstar Mortgage LLC.

Nationstar Mortgage LLC d/b/a RightPath Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged but is provided for informational purposes only.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

