AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

JAMES W. GROVES and JUDITH BARTELL-GROVES, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

NATIONSTAR MORTGAGE LLC, d/b/a RIGHTPATH SERVICING

*Defendant(s)*

Civil Action No. 1:22-cv-2072

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NATIONSTAR MORTGAGE LLC, d/b/a RIGHTPATH SERVICING
c/o Corporation Service Company, Registered Agent
3366 Riverside Drive, Suite 103
Upper Arlington, OH 43221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Marc E. Dann
Michael A. Smith Jr.
Brian D. Flick
Dann Law
15000 Madison Avenue
Lakewood, OH 44107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 11/17/2022

s/M. Lebron
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-2072

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nationstar Mortgage LLC. c/o CSC
was received by me on *(date)* 11/17/2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Alyssa Thompson , who is designated by law to accept service of process on behalf of *(name of organization)* CSC on *(date)* 11/18/2022 @ 9:35 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/18/2022

Erika Cremeans
Server's signature

Erika M. Cremeans - Process Server
Printed name and title

2862 Johnstown Rd.
Columbus, OH 43219

Server's address

Additional information regarding attempted service, etc: