IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| **JAMES W. GROVES**, on behalf of himself and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**NATIONSTAR MORTGAGE, LLC d/b/a RIGHTPATH SERVICING**<br><br>Defendant(s). | Case No.: 1:22-cv-2072<br><br>Judge Patricia A. Gaughan<br><br>Magistrate Judge James E. Grimes, Jr.<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in accordance with the terms of a confidential settlement and release agreement, Plaintiff James W. Groves ("Plaintiff") and Defendant Nationstar Mortgage, LLC d/b/a RightPath Servicing represent to the Court that this matter is settled to their mutual satisfaction. As such, Plaintiff's Complaint is hereby dismissed *with prejudice*.

This Court shall retain jurisdiction to enforce the terms of the settlement and release agreement. The parties agree that each shall bear its own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel M. Solar* | */s/ James W. Sandy (email consent 4/28/2023)* |
| Brian D. Flick (0081605) | James W. Sandy (0084246) |
| Marc E. Dann (0039425) | McGlinchey Stafford |
| Daniel M. Solar (085632) | 3401 Tuttle Rd, Ste 200 |
| Michael A. Smith, Jr. (0097147) | Cleveland, OH 44122 |
| DannLaw | Telephone: (216) 378-9914 |
| 15000 Madison Avenue | Facsimile: (216) 803-6945 |
| Lakewood, OH 44107 | jsandy@mcglinchey.com |
| Phone: (216) 373-0539 | |
| Facsimile: (216)373-0536 | *Counsel for Defendant Nationstar Mortgage,* |
| notices@dannlaw.com | *LLC dba Rightpath Servicing* |
| *Counsel for Plaintiff James W. Groves* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2023, a true and accurate copy of the foregoing *Stipulated Dismissal with Prejudice* was filed via the CM/ECF system that will send notification to all counsel of record.

/s/ *Daniel M. Solar*
Brian D. Flick (0081605)
Marc E. Dann (0039425)
Daniel M. Solar (085632)
Michael A. Smith, Jr. (0097147)
DannLaw
*Counsel for Plaintiff James W. Groves*