IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| **JAMES W. GROVES**, on behalf of himself and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**NATIONSTAR MORTGAGE, LLC d/b/a RIGHTPATH SERVICING**<br><br>Defendant(s). | Case No.: 1:22-cv-2072<br><br>Judge Patricia A. Gaughan<br><br>Magistrate Judge James E. Grimes, Jr.<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

So Ordered.
/s/ Patricia A. Gaughan
4/28/23

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in accordance with the terms of a confidential settlement and release agreement, Plaintiff James W. Groves ("Plaintiff") and Defendant Nationstar Mortgage, LLC d/b/a RightPath Servicing represent to the Court that this matter is settled to their mutual satisfaction. As such, Plaintiff's Complaint is hereby dismissed *with prejudice*.

This Court shall retain jurisdiction to enforce the terms of the settlement and release agreement. The parties agree that each shall bear its own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel M. Solar*<br>Brian D. Flick (0081605)<br>Marc E. Dann (0039425)<br>Daniel M. Solar (085632)<br>Michael A. Smith, Jr. (0097147)<br>DannLaw<br>15000 Madison Avenue<br>Lakewood, OH 44107<br>Phone: (216) 373-0539<br>Facsimile: (216)373-0536<br>notices@dannlaw.com<br>*Counsel for Plaintiff James W. Groves* | */s/ James W. Sandy (email consent 4/28/2023)*<br>James W. Sandy (0084246)<br>McGlinchey Stafford<br>3401 Tuttle Rd, Ste 200<br>Cleveland, OH 44122<br>Telephone: (216) 378-9914<br>Facsimile: (216) 803-6945<br>jsandy@mcglinchey.com<br><br>*Counsel for Defendant Nationstar Mortgage, LLC dba Rightpath Servicing* |